# IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVEN MCCOWEN,
                    Appellant,
              vs.
THE STATE OF NEVADA,
                    Respondent.

No. 83548

FILED

OCT 21 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from "the Parole Boards [sic] Decision To Deny Parole." Eighth Judicial District Court, Clark County; Carli Lynn Kierny, Judge.

Because no statute or court rule permits an appeal from an order denying parole in a criminal matter, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Cadish

_____, J.          _____, J.
Pickering                      Herndon

cc:    Hon. Carli Lynn Kierny, District Judge
       Steven McCowen
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

Supreme Court
OF
Nevada

(O) 1947A

21-30334